IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ANTHONY WOLFE, | Civil No. 3:21-cv-1946 |
| Plaintiff | (Judge Mariani) |
| v. | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants | |

**ORDER**

**AND NOW**, this 8th day of December, 2021, upon consideration of Plaintiff's proposed amended complaint (Doc. 7), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The amended complaint (Doc. 7) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge